UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY C. BARNETT,** <br><br> Petitioner, <br><br> v. <br><br> K. HOLLAND, Warden (CCI-Tehachapi), <br><br> Respondent. | No. LA CV 16-02465 VBF (FFM) <br><br> **FINAL JUDGMENT** |

    Pursuant to this Court's contemporaneously issued Order Overruling Petitioner Barnett's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, Granting the Respondent's Motion to Dismiss, Dismissing the Section 2254 Habeas Corpus Petition With Prejudice as Untimely, Directing Issuance of a Separate COA Ruling, Directing the Entry of Separate Final Judgment, and Terminating the Case, **final judgment is hereby entered in favor of the respondent warden and against petitioner Henry C. Barnett.**

Dated: Wednesday, February 22, 2017

                                                                                 VALERIE BAKER FAIRBANK <br>
                                                                                 Senior United States District Judge